COURT OF APPEALS OF VIRGINIA

Present: Judges McClanahan, Haley and Senior Judge Willis

WILLIAM SCOTT MOLLETTE

MEMORANDUM OPINION[*]
v.      Record No. 2963-08-3                          PER CURIAM
APRIL 28, 2009

ROANOKE COUNTY DEPARTMENT
  OF SOCIAL SERVICES

FROM THE CIRCUIT COURT OF THE CITY OF SALEM
Robert P. Doherty, Jr., Judge

(Joseph F. Vannoy, on brief), for appellant.  Appellant submitting
on brief.

(Ruth Ellen Kuhnel, Assistant County Attorney; Diana M. Perkinson,
Guardian *ad litem* for the minor children, on brief), for appellee.
Appellee and Guardian *ad litem* submitting on brief.

William Scott Mollette (hereinafter "father") appeals the termination of his residual

parental rights to his children, K.M. and D.M., pursuant to Code § 16.1-283(B), (C)(2), and

(E)(iii).  Father asserts the evidence was insufficient to support the trial court's decision.

While father maintains he preserved this argument below in a motion to strike, the record on

appeal does not contain a transcript or written statement of facts.  See Rule 5A:8(a) and (c).  "It

is the duty of the parties to provide us with a record sufficiently complete to support their legal

arguments."  Artis v. Jones, 52 Va. App. 356, 364 n.1, 663 S.E.2d 521, 524 n.1 (2008).  Upon

reviewing the record and the opening brief, we conclude that a transcript or written statement of

facts is indispensable to a determination of the question presented on appeal.  See Anderson v.

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

<u>Commonwealth</u>, 13 Va. App. 506, 508-09, 413 S.E.2d 75, 76-77 (1992); <u>Turner v.</u>

<u>Commonwealth</u>, 2 Va. App. 96, 99-100, 341 S.E.2d 400, 402 (1986).

Accordingly, we affirm the judgment of the trial court.

<u>Affirmed.</u>